

May 19, 2015

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

6/4/2015 1:40:09 PM

CHRISTOPHER A. PRINE
Clerk

JEROME GODINICH, JR.
ATTORNEY OF RECORD
917 FRANKLIN, SUITE 320
HOUSTON, TX 77002

Defendant's Name: NSEABASI SAMUEL WILLIAMS

Cause No: 1455282

Court: 263ᴿᴰ DISTRICT COURT

Please note the following appeal updates on the above mentioned cause:

**Notice of Appeal Filed Date:** 5/13/15
**Sentence Imposed Date:** 5/13/15
**Court of Appeals Assignment:** First Court of Appeals
**Appeal Attorney of Record:** JEROME GODINICH, JR

Sincerely,

L. CHARLES
Criminal Post Trial Deputy

CC: Devon Anderson
    District Attorney
    Appellate Division
    Harris County, Texas

    MARCIA BARNETT (DELIVERED VIA E-MAIL)

This is your notice to inform any and all substitute reporters in this cause.

Cause No. 1455282

Nseabasi Williams **V.** , A/K/A/ _____

263rd District Court / County Criminal Court at Law No. _____

**Harris County, Texas**

## NOTICE OF APPEAL

**TO THE HONORABLE JUDGE OF SAID COURT:**

On May 13, 2015 (date), the defendant in the above numbered and styled cause gives NOTICE OF APPEAL of his conviction.

**The undersigned attorney (check appropriate box):**

[X] MOVES to withdraw.

[ ] ADVISES the court that he will CONTINUE to represent the defendant on appeal.

_5-13-15_
**Date**

Nseabasi Williams
**Defendant (Printed name)**

**FILED**
Chris Daniel
District Clerk

MAY 1 3 2015

Time:_____
Harris County, Texas
By_____

_____
**Attorney (Signature)**

Murray Newman
**Attorney (Printed name)**

2404158
**State Bar Number**

405 Main, Ste. 950, Houston TX 77002
**Address**

713-864-2080
**Telephone Number**

**The defendant (check all that apply):**

[X] REPRESENTS to the court that he is presently INDIGENT and ASKS the court to immediately APPOINT appellate counsel to represent him.

[X] ASKS the Court to ORDER that a free record be provided to him.

[X] ASKS the court to set BAIL.

Accordingly, Appellant ASKS the Court to conduct a hearing, make findings, and enter an Order Granting the requested relief.

_____
**Defendant (Signature)**

Nseabasi Williams
**Defendant's Printed name**
MAY 1 3 2015

SWORN TO AND SUBSCRIBED BEFORE ME ON _____

By Deputy District Clerk of Harris County, Texas _____

# ORDER

On _____ the Court conducted a hearing and **FINDS** that defendant / appellant

❏ **IS NOT** indigent at this time.

❏ **IS** indigent for the purpose of

    ❏ employing counsel

    ❏ paying for a clerk's and court reporter's record.

    ❏ employing counsel or paying for a clerk's and court reporter's record.

The Court **ORDERS** that

☑ Counsel's motion to withdraw is **GRANTED / DENIED.**

❏ Defendant / appellant's motion (to be found indigent) is **DENIED.**

❏ Defendant's / appellant's motion is **GRANTED** and

    ❏ _____ (attorney's name & bar card number) is **APPOINTED** to represent defendant / appellant on appeal.

    ❏ The **COURT REPORTER** is **ORDERED** to prepare and file the reporter's record without charge to defendant / appellant.

**BAIL IS:**

❏ **SET** at $ _____

❏ **TO CONTINUE** as presently set.

☒ **DENIED** and is **SET** at **NO BOND.** (Felony Only)

DATE SIGNED: **MAY 1 3 2015**

_____
JUDGE PRESIDING,
_____ DISTRICT COURT /
COUNTY CRIMINAL COURT AT LAW NO. _____,
HARRIS COUNTY, TEXAS

 

Cause No. 1455282

THE STATE OF TEXAS

IN THE 263 DISTRICT COURT

v.
Nsicabasi
~~Cole~~ Williams , Defendant

COUNTY CRIMINAL COURT AT LAW No. ____

HARRIS COUNTY, TEXAS

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case:

☒ is not a plea-bargain case, and the defendant has the right of appeal. [or]

☐ is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial, and not withdrawn or waived, and the defendant has the right of appeal. [or]

☐ is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal. [or]

☐ is a plea-bargain case, and the defendant has NO right of appeal. [or]

☐ the defendant has waived the right of appeal.

MAR 1 3 2015

_____
Judge

_____
Date Signed

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a *pro se* petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals's judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the Court of Criminal Appeals. TEX. R. APP. P. 68.2 I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

_____
Defendant

Murray Newman
_____
Defendant's Counsel

Mailing Address: 3939 Synott #1513

Telephone number: 713-240-6406 **FILED**

Fax number (if any): _____
Chris Daniel
District Clerk

MAR 1 3 2015

Time: ____

State Bar of Texas ID number: 24004158

Mailing Address: 405 Main, Ste. 950, Houston TX 77

Telephone number: 713-864-2080

Fax number (if any): 281-786-2077

By _____ Deputy
Harris County, Texas

* "A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case-that is, a case in which a defendant's plea was guilty or *nolo contendere* and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant - a defendant may appeal only: (A) those matters that were raised by a written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal." TEXAS RULES OF APPELLATE PROCEDURE 25.2(a)(2).

9/1/2011

# APPEAL CARD

Court **263**  **7-12-15**  Cause No. **1455282**

## The State of Texas
## Vs

**WILLIAMS, NSEABASI SAMUEL**

**5-13-15**

Date Notice
Of Appeal: **MAY 1 3 2015**

Presentation: Vol._____ Pg._____

Judgment: Vol._____ Pg._____

Judge Presiding **JIM WALLACE**

Court Reporter **MARCIA BARNETT**

Court Reporter _____

Court Reporter _____

Attorney
on Trial **LOUIS NEWMAN**

Attorney
on Appeal **JEROME GODINICH**

Appointed **✓** Hired _____

Offense **ENGAGING IN ORGANIZED CRIM ACTIVITY**

Jury Trial Yes_____ No **✓**

Punishment
Assessed **5YRS TDC**

Companion Cases
(If Known) **N/A**

Amount of
Appeal Bond **∅**

Appellant
Confined: Yes **✓** No _____

Date Submitted
To Appeal Section _____

Deputy Clerk **W JONES**